# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>                     Plaintiff,<br><br>v.<br><br>GEORGAKOPOULOS FAMILY, LLC, et al.,<br><br>                     Defendants. | Case No.: 20-CV-0372 W (LL)<br><br>**ORDER DISMISSING WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) [DOC. 12]** |

Pending before the Court is Plaintiff's motion for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Good cause appearing, the Court **GRANTS** Plaintiff's motion for voluntary dismissal with prejudice. [Doc. 12.]

**IT IS SO ORDERED.**

Dated: May 21, 2020

*/s/ Thomas J. Whelan*
Hon. Thomas J. Whelan
United States District Judge